IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.  4:09cr23DPJ-LRA

JERRY D. WILLIAMS

ORDER OF DISMISSAL
COUNTS 1 and 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Counts 1 and 2 of the Criminal Indictment against the defendant, JERRY D.

WILLIAMS,  without prejudice.


DONALD R. BURKHALTER
United States Attorney


Date:   April 15, 2010              By:    s/ Erin O. Chalk
                                           Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1 and 2.

**SO ORDERED** this the 16th day of April, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE